IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| CSX TRANSPORTATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> TRIPLE H TRANSPORT, INC.; and RODNEY D. WOOD, <br><br> Defendants. | CIVIL ACTION NO.: 5:22-cv-23 |

**O R D E R**

The matter is before the Court based on counsel's representation the parties were able to reach a settlement in this case and the anticipated filing of a stipulation of dismissal. On February 2, 2023, the parties notified the Court they had reached a settlement and estimated when Plaintiff's counsel would file a stipulation of dismissal. More than three weeks have elapsed, and the parties have not submitted a stipulation of dismissal or a status report. Thus, the Court **ORDERS** the parties to either file a stipulation of dismissal or a status report **within seven days** of this Order.

**SO ORDERED**, this 1st day of March, 2023.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA